Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  VALERIE KIMBROUGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| VALERIE KIMBROUGH,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant | Case No.:   1:11-CV-1410-SKO<br><br>STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Valerie Kimbrough ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to May 24, 2012; and that Defendant shall have until June 25, 2012, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due July 2, 2012.

1 An extension of time for plaintiff is needed due to a serious illness in
2 Counsel's family. Counsel was recently informed that his Spouse's Stage IV breast
3 cancer which has metastasized to her liver, now has 15 tumors comprising 60% of
4 that organ. Counsel's spouse has begun her third round of chemotherapy due to
5 progression of her cancer and a lack of positive response to the prior two
6 chemotherapy treatments. Counsel requires the additional time to file the Opening
7 Brief to allow him to devote the appropriate time to assist his Spouse and his two
8 pre-school aged children through this obviously stressful experience. Counsel
9 sincerely apologizes to the court for any inconvenience this may have had upon it
10 or its staff.

11

12 DATE: March 23, 2012          Respectfully submitted,

13                                LAW OFFICES OF LAWRENCE D. ROHLFING

14                                      /s/ *Steven G. Rosales*
                               BY: _____
15                                Steven G. Rosales
                                  Attorney for plaintiff VALERIE KIMBROUGH
16

17 DATE:  March 23, 2012          BENJAMIN WAGNER
                                  United States Attorney
18

19

20                                */S/- Sundeep Patel

21                                _____
                                  Sundeep Patel
22                                Special Assistant United States Attorney
23                                Attorney for Defendant
                                  [*Via email authorization]
24

25

26

**ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including May 24, 2012, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to June 25, 2012 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary. Any reply by plaintiff will be due July 2, 2012.

IT IS SO ORDERED.

Dated:   **March 27, 2012**                              **/s/ Sheila K. Oberto**
                                                                      UNITED STATES MAGISTRATE JUDGE